# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ANGELA IVIE**                                                                                    **PLAINTIFF**

**V.**                                **CASE NO. 1:19-CV-42-BD**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 22nd day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE